IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHEILA SPENCER,

    Debtor-Appellant,                        JUDGMENT IN A CIVIL CASE

v.                                                    Case No. 13-cv-369-bbc

PNC Bank, N.A.,

    Creditor-Appellee.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin denying debtor Sheila Spencer's motion to reopen the case.

      s/ R.Plender, Deputy Clerk                10/9/2013
      Peter Oppeneer, Clerk of Court              Date