IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHEILA SPENCER,

    Debtor-Appellant,

v.

PNC Bank, N.A.,

    Creditor-Appellee.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-369-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin denying debtor Sheila Spencer's motion to reopen the case.

| s/ R.Plender, Deputy Clerk | 10/9/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |